CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED
OCT 15 2009
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| EARL F. COLE, | ) |
| Plaintiff, | ) Case No. 1:07CV00001 |
| v. | ) **VERDICT** |
| BUCHANAN COUNTY SCHOOL BOARD, | ) |
| Defendant. | ) |

We the jury find in favor of the plaintiff, EARL F. COLE, and fix his damages at $ 200,000.00 .

_____
Foreperson (Connie Rubarth)

## OR

We the jury find in favor of the defendant, BUCHANAN COUNTY SCHOOL BOARD.

_____
Foreperson