# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **EARL F. COLE**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07CV00001 |
| | ) | |
| v. | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| **BUCHANAN COUNTY SCHOOL** | ) | |
| **BOARD,** | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. It is **ORDERED AND ADJUDGED** that in accordance with the jury verdict, judgment is granted to Earl F. Cole against Buchanan County School Board in the sum of Two Hundred Thousand Dollars ($200,000.00).

Because the Court finds from a preponderance of the evidence at trial that the resolutions made by the Buchanan County School Board at its meetings of October 23, 2006, and October 31, 2006 (the latter resolution being dated November 2, 2006), prohibiting the entry of Earl F. Cole on any school property, violated the rights of Earl F. Cole under the First Amendment to the Constitution, it is further **ORDERED AND ADJUDGED** that the Buchanan County School Board, its members, officers,

agents, servants, employees, and attorneys, and all other persons who are in active

concert or participation with it, are hereby **ENJOINED AND RESTRAINED** from

the enforcement of said resolutions.

The clerk is directed to close the case.

ENTER: October 15, 2009

/s/ JAMES P. JONES
Chief United States District Judge